UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAMELA S. MONROE                                                               PLAINTIFF

v.                                    No. 2:18-CV-02162

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                 DEFENDANT

## ORDER

    The Court has received a report and recommendation (Doc. 17) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline for objections has passed. The Magistrate recommends that the Court affirm the decision of the Social Security Administration Administrative Law Judge and dismiss this case with prejudice. The Court has reviewed this case and finds that the report and recommendation is proper and contains no clear error with respect to any matter of law or fact. The report and recommendation is ADOPTED IN ITS ENTIRETY.

    IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is AFFIRMED and this case is DISMISSED WITH PREJUDICE.

    Judgment will be entered accordingly.

    IT IS SO ORDERED this 26th day of July, 2019.

                                              /s/P. K. Holmes, III
                                              P.K. HOLMES, III
                                              CHIEF U.S. DISTRICT JUDGE